UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-cv-00015-MOC-DLH

| | | |
|---|---|---|
| **BILLIE JEAN SETTLEMYRE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court defendant's Motion to Remand (#13). Having considered the motion and reviewed the pleadings, the court enters the following Order.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of defendant's motion to remand this action for further administrative proceedings and development, the Court hereby remands this case to defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and development. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**ORDER**

**IT IS, THEREFORE, ORDERED** that:

1

1. Defendant's Motion to Remand (#13), pursuant to sentence four, is **GRANTED;**

2. This matter is **REMANDED** to the Commissioner for further administrative proceedings;

3. This action is **DISMISSED;** and

4. Plaintiff's Motion for Summary Judgment (#11) is **DENIED** as **MOOT** as the case will be remanded for further administrative proceedings.

The Clerk of Court is respectfully requested to enter Judgment in this action dismissing the case.

Signed: August 10, 2017

Max O. Cogburn Jr
United States District Judge